Tawana Jean COOPER, Appellant,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, Appellee.

No. 08–3782.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 11, 2009.

Filed: Aug. 18, 2009.

Tawana Jean Cooper, St. Louis, MO, pro se.

Brian P. Danis, Williams & Venker, St. Louis, MO, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Tawana Cooper appeals the district court's[1] order dismissing her civil action for lack of subject matter jurisdiction un-

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

der the *Rooker–Feldman*[2] doctrine. Following de novo review, *see Riehm v. Engelking*, 538 F.3d 952, 964 (8th Cir.2008), we conclude the dismissal was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

**2.** *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).